IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHEKIR THOMAS,** | : CIVIL ACTION NO. 1:21-CV-282 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **HENRY STARCHER, JOSEPH GIROUX, FRANK RUF, and WELLPATH MEDICAL,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 16th day of June, 2021, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that plaintiff's motions to compel discovery (Doc. 18) and for inspection (Doc. 19) are DENIED WITHOUT PREJUDICE.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania